

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00469-CV

| | | |
|---|---|---|
| QIAN "DICK" CAI, Appellant | § | On Appeal from the 431st District Court |
| V. | § | of Denton County (23-0965-431) |
| | § | April 10, 2025 |
| SUNWARD AMERICA, CORP., Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying appellant Qian "Dick" Cai's motion to compel arbitration. It is ordered that the trial court's order denying appellant Qian "Dick" Cai's motion to compel arbitration is affirmed.

It is further ordered that appellant Qian "Dick" Cai shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker